# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SPECIFIX FASTENERS PTY LTD, *et al.*, ) | CASE NO.:    1:15-cv-01366-CAB |
| ) | |
| Plaintiffs,         ) | Judge Christopher A. Boyko |
| ) | |
| v.              ) | |
| ) | **DEFENDANTS' MOTION TO DISMISS** |
| ALLFASTENERS USA LLC, *et al.*,   ) | **FOR LACK OF STANDING AND** |
| ) | **FAILURE TO STATE A CLAIM** |
| Defendants.       ) | |
| ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6), and as discussed in Defendants' accompanying memorandum, Defendants AllFasteners USA LLC, AllFasteners Enterprises LLC, and AllFasteners LA LLC (collectively, "AllFasteners" or "Defendants") respectfully move the Court for an Order dismissing all of Plaintiffs' causes of action with prejudice.

Date: November 9, 2015

Respectfully submitted,

*/s/ Arthur P. Licygiewicz*
Arthur P. Licygiewicz        (0068458)
John R. Mitchell             (0066759)
Christopher M. Comiskey      (0090297)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
(216) 566-5500
(216) 566-5800 (fax)
Art.Licygiewicz@ThompsonHine.com
John.Mitchell@ThompsonHine.com
Christopher.Comiskey@ThompsonHine.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2015, the foregoing *Motion To Dismiss For Lack Of Standing And Failure To State A Claim* was filed electronically with the Clerk of the Court using CM/ECF and that the foregoing was served upon the following via electronic mail:

    Robert W. McIntyre (0006768)
    Angela M. Lavin (0069604)
    Peter A. Holdsworth (0075211)
    Wegman Hessler & Vanderburg
    6055 Rockside Woods Blvd, Suite 200
    Independence, OH 44131
    rwmcintyre@wegmanlaw.com
    amlavin@wegmanlaw.com
    paholdsworth@wegmanlaw.com

                              By:    */s/ Christopher Comiskey*
                                       Christopher Comiskey
                                       ***Attorney for Defendants***