# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SPECIFIX FASTENERS PTY LTD, *et al.*, | CASE NO.: 1:15-cv-01366-CAB |
| Plaintiffs, | Judge Christopher A. Boyko |
| v. | |
| ALLFASTENERS USA LLC, *et al.*, | |
| Defendants. | |

## STIPULATED MOTION TO SEAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the Clerk of Courts shall place under seal Plaintiff's Reply Brief in Support of Motion for Preliminary Injunction ("PI Reply Brief") (ECF # 25), filed on September 8, 2015, because it contains Defendants' CONFIDENTIAL-ATTORNEYS' EYES ONLY trade secret information. Pursuant to Section 7 of the Protective Order (ECF # 34), Plaintiffs will file a redacted version of the PI Reply Brief for public inspection.

Dated: November 13, 2015  Respectfully submitted,

/s/ Robert W. McIntyre  /s/ Christopher M. Comiskey
Robert W. McIntyre (0006768)  Arthur P. Licygiewicz  (0068458)
Angela M. Lavin (0069604)  John R. Mitchell  (0066759)
Peter A. Holdsworth (0075211)  Christopher M. Comiskey  (0090297)
Wegman Hessler & Vanderburg  THOMPSON HINE LLP
6055 Rockside Woods Blvd, Suite 200  3900 Key Center
Independence, OH 44131  127 Public Square
rwmcintyre@wegmanlaw.com  Cleveland, OH 44114-1291
amlavin@wegmanlaw.com  (216) 566-5500
paholdsworth@wegmanlaw.com  (216) 566-5800 (fax)
 Art.Licygiewicz@ThompsonHine.com
***Attorneys for Plaintiffs***  John.Mitchell@ThompsonHine.com
 Christopher.Comiskey@ThompsonHine.com

 ***Attorneys for Defendants***

IT IS SO ORDERED this _____ day of _____, 2015.


_____
CHRISTOPHER A. BOYKO
United States District Judge