## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SPECIFIX FASTENERS PTY. LTD ET AL., | ) ) ) | CASE NO.1:15CV1366 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| ALL FASTENERS USA LLC, ET AL., | ) ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

In light of the chasm between the parties' respective settlement positions, the Court's Settlement Conference set for December 9, 2015, at 2:00 p.m. will proceed with the parties and their principals alone in the Court's jury room.  The Court will not intervene unless and until substantial progress toward settlement is made.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated:  December 8, 2015