UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPECIFIC FASTENERS PTY. LTD. ET AL., | ) ) ) | CASE NO. 1:15CV1366 |
| Plaintiffs, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| ALL FASTENERS USA LLC ET AL., | ) ) | ORDER |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On December 10, 2015, the parties engaged in protracted discovery negotiations at a conference with the Court. The parties asked for additional time to obtain discovery needed before further discussions could be conducted. The Court set a status conference for January 21, 2016, but was forced to continue the conference. Therefore, the Court orders the parties to confer and submit a status update to the Court on the posture of the case, including any obstacles to settlement. The status report shall be submitted to the Court no later than February 3, 2016.

IT IS SO ORDERED.

 S:/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: January 25, 2016