UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SPECIFIX FASTENERS PTY LTD, *et al.*, | ) Case No. 1:15-cv-01366 |
| Plaintiffs, | ) Judge Christopher A. Boyko |
| v. | ) |
| ALLFASTENERS USA LLC, *et al.*, | ) STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

Now come the Plaintiffs and Defendants by and through their respective counsel as undersigned and hereby dismiss with prejudice, each of their respective Complaint (Dkt. 1), First Amended Complaint (Dkt. 25) Second Amended Complaint (Dkt. 37), and Counterclaims (Dkt. 14). Each Party shall bear their own costs, expenses, and attorneys' fees with regard to the proceeding or otherwise without limitation.

Respectfully submitted,

| | |
|---|---|
| *April 24, 2017* | */s/ Robert W. McIntyre* |
| Date | ROBERT W. McINTYRE (0006768) |
| | ANGELA M. LAVIN (0069604) |
| | Wegman Hessler & Vanderburg |
| | 6055 Rockside Woods Blvd, Suite 200 |
| | Independence, OH  44131 |
| | Telephone:  (216) 642-3342 / Fax:  (216) 642-8826 |
| | Email: rwmcintyre@wegmanlaw.com; |
| | amlavin@wegmanlaw.com |
| | **Attorneys for Plaintiff Acme Operations Pty Ltd.** |

| | |
|---|---|
| _April 24, 2017_ | /s/ Arthur P. Licygiewicz |
| Date | Arthur P. Licygiewicz (0068458) |
| | John R. Mitchell (0066759) |
| | James T. Fisher (0084932) |
| | Thompson Hine LLP |
| | 3900 Key Center, 127 Public Square |
| | Cleveland, OH 44114-1291 |
| | Telephone: (216) 566-5500 / Fax: (216) 566-5800 |
| | Email: Art.Licygiewicz@ThompsonHine.com |
| | John.Mitchell@ThompsonHine.com |
| | James.Fisher@ThompsonHine.com |

And

| | |
|---|---|
| _April 24, 2017_ | /s/ Thomas W. Wright |
| Date | THOMAS W. WRIGHT (0017529) |
| | Davis & Young Co., LPA |
| | 29010 Chardon Road |
| | Willoughby Hills, Ohio 444092 |
| | (216) 348-1700 |
| | twright@davisyoung.com |

**Attorneys for Defendants
AllFasteners USA LLC,
AllFasteners Enterprises LLC, and
AllFasteners LA LLC**

IT IS SO ORDERED this __25__ day of __April__, 2017.

                                                    s/Christopher A. Boyko
                                                  Christopher A. Boyko, Judge